**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**PATRICK HUBBARD** **PLAINTIFF**

**v.** **Civil No. 5:26-CV-05147-DCF**

**CITY OF FAYETTEVILLE, ARKANSAS; *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 14). There have been no objections, and the time to file objections has passed. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects and in their entirety. **IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY.** Accordingly, the Court **ORDERS THIS CASE DISMISSED PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**; **the CLERK TO PLACE A § 1915(G) STRIKE FLAG ON THE CASE**; **and that any appeal from this dismissal will not be taken in good faith under 28 U.S.C. § 1915(a)(3).**

**IT IS SO ORDERED** on this 30th day of September 2026.

/s/ David Clay Fowlkes
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE